## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### Terre Haute Division

| | |
|---|---|
| ROGER TODD, )  | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | **Case No.**   2:19-cv-00419-JMS-MJD |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., ) | |
| *Defendant*. ) | |

### ORDER OF DISMISSAL

Plaintiff, Roger Todd, by counsel, have moved this court to dismiss Defendant Experian Information Solutions, Inc. from this cause. The Court, being duly informed and finding said Motion made for good cause, now GRANTS said Motion [40]

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by this Court that Plaintiff's claims against Defendant **Experian Information Solutions, Inc.** are dismissed, with prejudice, each party to bear its own costs and fees.

Date: 7/10/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Copies to counsel of record electronically registered.